| | |
|---|---|
| **From:** | Edward Delman |
| **To:** | Judd Grossman; Lindsay E. Hogan; Sarah Schuster; richardlerner@msn.com; wendy@mazzolalindstrom.com |
| **Subject:** | 20cv1797 Hearing Tomorrow |
| **Date:** | Thursday, March 5, 2020 3:42:00 PM |

Counselors,

The Court has received an emergency motion from Plaintiff for expedited service and substitute service and believes that a hearing on the motion is warranted. The Court wants the parties to appear for a conference tomorrow to discuss the motion. Please confer on a mutually agreeable time for tomorrow and email back by 5PM with that time. Additionally, the Court is directing Plaintiff to file its motion and accompanying materials on the docket.

Thank you,

Edward Jacob Delman
Law Clerk to the Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Chambers: (212) 805-0290
Direct: (212) 805-4572