# MAZZOLA LINDSTROM LLP

Wendy J. Lindstrom  
wendy@mazzolalindstrom.com

D: 646.216.8440  
M: 516.680.2889

March 10, 2020

Hon. Katherine Polk Failla, USDJ  
United States District Court  
Southern District of New York  
40 Foley Square, Courtroom 618  
New York, NY 10007

via ECF and email to Failla_NYSDChambers@nysd.uscourts.gov

      RE:    <u>***V&A Collection LLC v. Guzzini Properties, Ltd.***</u>  
             <u>***Index No. 20-cv-01797***</u>

Dear Judge Failla:

      I write pursuant to Your Honor's request during the conference with counsel that took place on Friday, March 6, 2020. At that conference, Your Honor requested that I make a written submission this week confirming that I have communicated to one of the directors of my client, Guzzini Properties, Ltd. who is also a director of Lanark Services Ltd. – the entity to whom Guzzini transferred ownership of "Untitled" (2006) by Wade Guyton – the request from the Court that Lanark not move, sell, transfer or otherwise dispose of the artwork at this time.

      On March 9 and 10, 2020, I communicated with said director and obtained a representation that Lanark will not move, sell, transfer or otherwise dispose of the Artwork while this action is pending.

                              Respectfully submitted,

                              Mazzola Lindstrom LLP

                              */s/ Wendy J. Lindstrom*

                              Wendy J. Lindstrom  
                              *Counsel to Guzzini Properties, Ltd.*

cc: via ecf