UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| V&A Collection, LLC<br><br>   *Plaintiff*,<br><br>-against-<br><br>Guzzini Properties Ltd.,<br><br>   *Defendant*. | Case No. 20-cv-01797 (KPF)<br><br>Hon. Katherine Polk Failla |

# DECLARATION OF JUDD B. GROSSMAN, ESQ.
# IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

  I, Judd B. Grossman, Esq., an attorney admitted to practice before this Court and the Courts of the State of New York, hereby declare under penalty of perjury as follows:

  1. I represent Plaintiff V&A Collection, LLC ("V&A") in this action and I submit this Declaration in opposition to Defendant Guzzini Properties Ltd.'s motion to dismiss.

  2. A true and correct copy of V&A's February 26, 2020, Verified Complaint, filed in the Supreme Court of the State of New York, County of New York, Index No. 651300/2020, is attached as **Exhibit 1**.

  3. A true and correct copy of the June 29, 2013, email from Inigo Philbrick, on behalf of Modern Collections, to Andre Sakhai, on behalf of V&A, is attached as **Exhibit 2**.

  4. A true and correct copy of the June 28, 2017, agreement between Guzzini Properties Ltd. and Inigo Philbrick Ltd. is attached as **Exhibit 3**.

Dated: September 4, 2020
   New York, New York

                     _____
                         Judd B. Grossman