# EXHIBIT 2

  andre sakhai <andresak11@gmail.com>

# Terms of Guyton U co-ownership

**Inigo Philbrick** <inigo@moderncollections.net>  Sat, Jun 29, 2013 at 3:26 PM
Reply-To: inigo@moderncollections.net
To: andre sakhai <andresak11@gmail.com>

Andre,

So that we have it in writing - we are buying together a large format (90 x 53 in) 2006 Flaming U.

We are 50/50 owners of the work, but upon sale you will return 850k and I will return 700k, and then we split the profit.

You are trading your Guyton X into the deal - receiving the stake in the U and 350k USD.

Glad to be partners.

Speak soon,

I

--
Inigo Philbrick
Mobile: +44 7802 466 254